UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EVAN PETROS,

     Plaintiff,                                    Case No. 1:13-cv-201

v.                                                      HON. JANET T. NEFF

TINO, INC., a Domestic Corporation,

     Defendant.

_____/

## ORDER

Pending before the Court is the parties Joint Stipulation to Change Venue (Dkt 8).  The Court having reviewed the filing,

**IT IS HEREBY ORDERED** that the Joint Stipulation to Change Venue (Dkt 8) is GRANTED.  The Clerk of Court shall TRANSFER this case to the United States District Court for the Eastern District of Michigan.

**IT IS FURTHER ORDERED** that Defendant shall have fourteen (14) days after this Court has transferred this matter to the United States District Court for the Eastern District of Michigan to answer or present other defenses to Plaintiff's complaint.

Dated: April 25, 2013.                         /s/ Janet T. Neff
                                       JANET T. NEFF
                                       United States District Judge